# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| JAH JAH BEY,<br>        Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC,<br>        Defendant. | CASE NO. _____<br><br>Judge |

_____

### TRANS UNION, LLC'S NOTICE OF REMOVAL
_____

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Superior Court of the District of Columbia to the United States District Court for District of Columbia, on the following grounds:

1. Plaintiff Jah Jah Bey served Trans Union on or about January 7, 2014, with a Summons and Complaint filed in the Superior Court of the District of Columbia. Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**.[1] No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 31-39.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

---

[1] Trans Union has made redactions to the Exhibits attached to the Complaint in order to comply with Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.4(f).

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

5. Notice of this removal will promptly be filed with the Superior Court of the District of Columbia and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Superior Court of the District of Columbia to this United States District Court, District of Columbia.

Respectfully submitted,

*/s/ H. Mark Stichel*
H. Mark Stichel, Esq.  (DC Bar #503038)
Gohn Hankey and Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **24th day of January, 2014**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

|  |  |
|--|--|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **24th day of January, 2014**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Jah Jah Bey<br>4274 East Capital Street, #201<br>Northeast Washington, DC  20019 |  |
|--|--|

*/s/ H. Mark Stichel*
H. Mark Stichel, Esq.  (MD Bar #503038)
Gohn Hankey and Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*