CO-929
Rev. 02/10

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

_John John Dey_
Plaintiff

v.   Civil Action No. 14-97 (ABJ)

_Trans Union, LLC_
Defendant

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge _JACKSON, A.B._. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for the judge's initials.)

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

ANGELA D. CAESAR, Clerk

By _____
Deputy Clerk

1/27/14

cc: _John John Dey_

n:\Forms\CO-929A Removal Case Notice to Counsel 021810