# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JAH JAH BEY,<br>　　　　Plaintiff,<br><br>　vs.<br><br>TRANS UNION LLC,<br>　　　　Defendant. | CASE NO. 1:14-cv-00097-ABJ<br><br>Judge Amy Berman Jackson |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC

Plaintiff Jah Jah Bey ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:  April 2, 2014

*/s/ Jah Jah Bey\**
Jah Jah Bey
3000 Cathedral Avenue
Northwest Washington DC  20008

*Pro Se Plaintiff*

\**Counsel hereby certifies that they have a signed copy of the foregoing document available for inspection at any time by a party or by the Court.*

Date:  April 8, 2014                    /s/ H. Mark Stichel
H. Mark Stichel, Esq.  (DC Bar #503038)
Gohn Hankey and Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Local Counsel for Defendant Trans Union, LLC*

Date:  April 8, 2014                     /s/ Scott E. Brady
Scott E. Brady, Esq.
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  sbrady@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **8th day of April, 2014**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **8th day of April, 2014**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Jah Jah Bey<br>3000 Cathedral Avenue<br>Northwest Washington DC  20008 | |
|---|---|

        */s/ Scott E. Brady*
        Scott E. Brady, Esq.
        (admitted *Pro Hac Vice*)
        Schuckit & Associates, P.C.
        4545 Northwestern Drive
        Zionsville, IN  46077
        Telephone:  (317) 363-2400
        Fax:  (317) 363-2257
        E-Mail:  sbrady@schuckitlaw.com

        *Counsel for Defendant Trans Union, LLC*